IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLTON BROWN | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:16-cv-02861 |
| NATIONWIDE GENERAL INSURANCE COMPANY | § § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Carlton Brown ("Plaintiff") and Defendant Nationwide General Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a storm that occurred on or about May 13, 2016.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| *\s\ Richard D. Daly* | */s/ Patrick M. Kemp* |
| Richard D. Daly | Patrick M. Kemp |
| Texas Bar No. 00796429 | Texas Bar No. 24043751 |
| rdaly@dalyblack.com | Southern District Bar No. 38513 |
| ecfs@dalyblack.com | pkemp@smsm.com |
| Sheldon Wayne | Robert G. Wall |
| swayne@dalyblack.com | Texas Bar No. 24072411 |
| Texas Bar No. 24098581 | Southern District Bar No. 1117137 |
| Daly & Black, P.C. | rwall@smsm.com |
| 2211 Norfolk St., Suite 800 | Segal McCambridge Singer & Mahoney |
| Houston, Texas 77098 | 100 Congress Avenue, Suite 800 |
| (713) 655-1405 | Austin, Texas 78701 |
| (713) 655-1587 – Facsimile | (512) 476-7834 |
| | (512) 476-7832 – Facsimile |
| **ATTORNEY FOR PLAINTIFF CARLTON BROWN** | **ATTORNEYS FOR DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 3rd of February, 2016 2017 to:

Richard D. Daly
Sheldon Wayne
Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098

*/s/ Patrick M. Kemp*
Patrick M. Kemp

2